**Nos. 22-1827 & 22-1828**

IN THE
# United States Court of Appeals for the Third Circuit

---

DONALD C. FREDERICK, *et al.*,
*Plaintiffs-Appellee*,

v.

RAYMOND W. SEDDON, JR.,
*Objector-Appellant,*

v.

RANGE RESOURCES-APPALACHIA, LLC
*Defendant-Appellee*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, NO. 1:08-CV-00288

**BRIEF OF PLAINTIFF-APPELLEE, DONALD C. FREDERICK, ET AL JOINING IN THE BRIEF OF DEFENDANT-APPELLEE RANGE RESOURCES-APPALACHIA, LLC**

Joseph E. Altomare
10451 Venticello Dr. NW
Albuquerque, NM 87114
(814) 657-0350
jaltomar@msn.com

Counsel for the Plaintiff-Appellees

**Prefatory Statement**

The caption in this case showing, "Donald C. Frederick, et al" as plaintiffs-appellees, is an abbreviation of that party's actual denomination in the trial court as, "Donald C. Frederick, et al., ***and all others similarly situated.***", (the "Class").

Undersigned counsel is class for the Class appointed by the lower court. It is he who negotiated the compromise and settlement (the "Settlement") of the Class claims with the defendant-appellee, Range Resources-Appalachia, LLC ("Range"). Until reaching that compromise and settlement, Range and the Class conducted lengthy adversarial discovery and related motions. Op. at 30-39.

In an irony which this Court often encounters, the interests of these former adversaries have now become aligned in seeking an affirmation of the trial court's approval of the Settlement which they crafted. The Class has concluded that Range's Brief makes every argument in favor of affirmation of the trial court's approval of settlement which the Class would merely duplicate in a separate brief.

Class counsel believes that joining in Range's brief is in the best interests of the Class in seeking to affirm the decision of Judge Baxter for the reasons she stated in her comprehensive opinion. If otherwise decided, the one person objecting will deprive thousands of the benefits of the settlement that the Class and Range worked so hard to achieve.

## Joinder

For all of the foregoing reasons, and pursuant to Fed Rules App Proc R 28(i), the plaintiffs-appellees, Donald C. Frederick, et al, do, hereby join in, and adopt, the brief filed by the defendant-appellee, Range Resources-Appalachia, LLC, as if set forth at length herein.as its own.

Dated: September 14, 2022                Respectfully submitted

                                         _____
                                         Joseph E. Altomare
                                         10451 Venticello Dr. NW
                                         Albuquerque, NM 87114
                                         (814) 657-0350
                                         jaltomar@msn.com

                                         Counsel for the Plaintiff-Appellee Class

# **COMBINED CERTIFICATIONS**

## **CERTIFICATE OF COMPLIANCE**

On this 14th day of September, 2022, the undersigned certifies that:

1. This Joinder Brief for Plaintiff-Appellee complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B)(i) because this brief contains 577 words, as determined by the word-count function of Microsoft Word and excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

2. This Joinder Brief for Appellee complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5)(A) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because the body of the brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point CG Times font.

## **CERTIFICATE OF IDENTICAL COMPLIANCE OF BRIEFS**

Undersigned counsel certifies that this Brief for Plaintiff-Appellee, as filed electronically, is identical to the hard copies that will be filed with the Clerk's office and served on counsel for Appellant.

## **CERTIFICATE OF BAR MEMBERSHIP**

Pursuant to L.A.R. 46.1(e), undersigned counsel certifies that he is counsel of record and is a member of the bar of the United States Court of Appeals for the Third Circuit.

## CERTIFICATE OF PERFORMANCE OF VIRUS CHECK

Undersigned counsel certifies that he caused a virus check to be performed on the electronically filed version of the Brief for Appellee by using Norton Security and no virus was detected.

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d), the undersigned certifies that on this 14th day of September, 2022, he caused the foregoing Brief of Appellee to be filed electronically with the Clerk of the Court for the United States Court of Appeals for Third Circuit by using the CM/ECF system. This will accomplish service via electronic mail on counsel for Appellant, who are registered CM/ECF users.

_____
Joseph E. Altomare
10451 Venticello Dr. NW
Albuquerque, NM 87114
(814) 657-0350
jaltomar@msn.com

Counsel for the Plaintiff-Appellee Class