THURSDAY, JANUARY 26, 2023

Coram: BIBAS, NYGAARD and FUENTES, Circuit Judges

S U B M I T T E D

No. 21-2481
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
JOSE MARTINEZ,
      Appellant

_____

No. 22-1827/ 22-1828
Pursuant to 3rd Cir. LAR 34.1(a)

DONALD C. FREDERICK;
LOUISE M. FREDERICK;
MICHAEL A. MAHLE; et al.
v.
RANGE RESOURCES-APPALACHIA LLC

RAYMOND W. SEDDON JR,
      Appellant

_____

No. 22-1847
Pursuant to 3rd Cir. LAR 34.1(a)

JAMES STEUERT,
      Appellant
v.
L-3 COMMUNICATIONS CORPORATION

<u>PAGE TWO – CONTINUED</u>                    <u>THURSDAY, JANUARY 26, 2023</u>

<u>Coram: BIBAS, NYGAARD and FUENTES, Circuit Judges</u>

<u>No. 22-1962</u>
Pursuant to 3rd Cir. LAR 34.1(a)

MARCUS PEREZ,
    Appellant
v.
JEROME T. TERESINSKI; et al.

_____

<u>No. 22-2112</u>
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
ANDREA FORSYTHE,
    Appellant